# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**August 21, 2008**

| | | |
|---|---|---|
| 28425 | Association of Apartment Owners of Regency Tower ex rel. Bd. of Directors v. Skates | Affirmed |
| 28226 | State v. Vierra | Affirmed |

**August 22, 2008**

| | | |
|---|---|---|
| 28253 | Dat Minh Tran v. State | Affirmed |
| 28174 | State v. Revilla | Affirmed |

**August 25, 2008**

| | | |
|---|---|---|
| 28698 | Smith v. State | Affirmed |

**August 26, 2008**

| | | |
|---|---|---|
| 27719 | State v. Hinton | Vacated and Remanded |

**August 28, 2008**

| | | |
|---|---|---|
| 28051, 28052 | Lolohea v. State | Affirmed |

**August 29, 2008**

| | | |
|---|---|---|
| 28042 | Lamoya v. A.L. Kilgo Co., Inc. | Affirmed |
| 27883 | Rapp v. Schmidt | Affirmed |
| 27647 | State v. Gonzalez | Vacated and Remanded |

**September 4, 2008**

| | | |
|---|---|---|
| 28457 | Muñoz v. Yoshimi Hata | Affirmed |
| 28806 | State v. Tangelder | Affirmed |

**September 5, 2008**

| | | |
|---|---|---|
| 27903 | State v. Enos | Affirmed |